## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>**Crude Oil Commodity Futures Litigation** | **8:14CV59**<br><br>**ORDER** |

This matter is before the court on the interested party's, Gerald Altilio, Jr. (Mr. Altilio), Notice of Stay of Discovery in Case Underlying Plaintiffs' Motion to Compel (Filing No. 29). Mr. Altilio requests a stay of this court's decision on the Motion to Compel in this case pending mediation of the case *In re Crude Oil Commodity Futures Litigation* in the United States District Court for the Southern District of New York (Case No. 11-CV-3600). **See** Filing No. 29 - Motion. A March 19, 2014, Order in *In re Crude Oil Commodity Futures Litigation* stays all fact discovery until May 19, 2014. **See** Filing No. 30-1 Mar. 19, 2014, Order. Upon consideration,

**IT IS ORDERED**:

1. This case is stayed until May 19, 2014, pending mediation of the case *In re Crude Oil Commodity Futures Litigation* in the United States District Court for the Southern District of New York (Case No. 11-CV-3600).

2. **On or before May 19, 2014**, the parties shall file a joint report indicating the status of mediation and whether the stay in this case should continue or be dissolved.

Dated this 1st day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge