IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>**Crude Oil Commodity Futures Litigation** | **8:14CV59**<br><br>**ORDER** |

This matter is before the court on the interested party's, Gerald Altilio, Jr. (Mr. Altilio), Motion for Oral Argument on Plaintiffs' Motion to Compel Additional Deposition Time (Filing No. 21) and the parties' Joint Status Report (Filing No. 32). The court stayed this case pending mediation of the case *In re Crude Oil Commodity Futures Litigation* in the United States District Court for the Southern District of New York (Case No. 11CV3600). **See** Filing No. 31 - Order. The parties represent mediation was unsuccessful. **See** Filing No. 32 - Joint Status Report. The plaintiffs request if Mr. Altilio's motion for oral argument is granted, such oral argument be held as soon as practicable considering discovery in the New York case is scheduled to close on June 18, 2014. **See *id.*** Mr. Altilio requests the stay in this case remain in effect and the court not rule on the plaintiffs' motion to compel until after oral argument. **See *id.*** Upon consideration,

**IT IS ORDERED**:

1. The April 1, 2014, stay by this court is hereby dissolved.
2. Mr. Altilio's Motion for Oral Argument on Plaintiffs' Motion to Compel Additional Deposition Time (Filing No. 21) is granted.
3. Oral argument is scheduled for **Thursday, May 22, 2014, at 2:00 p.m.,** before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.
4. Any supplemental briefing shall be filed **on or before May 21, 2014**.

Dated this 20th day of May, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge