# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:  Crude Oil Commodity Futures Litigation, | 8:14CV59<br><br>ORDER |

      This action is before the court on its own motion.  The matters at issue herein have been resolved and there is nothing left to do in this case.  Accordingly, for docket control purposes,

      IT IS ORDERED that the Clerk of Court is directed to close this case.

      DATED this 29th day of July, 2014.

                                     BY THE COURT:

                                     s/ Joseph F. Bataillon<br>
                                     United States District Judge